LATHAM & WATKINS LLP
  David J. Schindler (Bar No. 130490)
  Manuel A. Abascal (Bar No. 171301)
355 South Grand Avenue
Los Angeles, California  90071
Email: david.schindler@lw.com
        manny.abascal@lw.com
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

Attorneys for Defendant
DANNY PANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PRIVATE EQUITY MANAGEMENT GROUP, LLC; PRIVATE EQUITY MANAGEMENT GROUP, INC.; and DANNY PANG,<br><br>Defendants. | CASE NO. CV09-2901 PSG (EX)<br><br>DEFENDANT DANNY PANG'S OPPOSITION TO APPLICATION OF SECURITIES AND EXCHANGE COMMISSION FOR PRELIMINARY INJUNCTION AND PERMANENT APPOINTMENT OF RECEIVER |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1973047.1

OPPOSITION TO APPLICATION OF SECURITIES AND
EXCHANGE COMMISSION FOR PRELIMINARY
INJUNCTION AND PERMANENT APPOINTMENT OF

1   **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2       Pursuant to the Court's Order dated April 27, 2009,  Defendant Danny

3   Pang hereby opposes the Application by the Securities and Exchange Commission

4   for a preliminary injunction and the permanent appointment of a receiver.  Mr.

5   Pang opposes the Application for the reasons articulated in the Motion to (1)

6   Dissolve Temporary Restraining Order; (2) Modify Grant of Expedited Discovery;

7   and (3) Amend Order Freezing Assets, which Mr. Pang filed today in this matter.  .

8   Dated:  May 4, 2009                 LATHAM & WATKINS LLP

9

10

11                    By /s/ David J. Schindler
                 David J. Schindler

12                    Attorneys for Defendant
                 DANNY PANG

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28