LATHAM & WATKINS LLP
  David J. Schindler (Bar No. 130490)
  *david.schindler@lw.com*
  Manuel A. Abascal (Bar No. 171301)
  *manny.abascal@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Defendant Danny Pang

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EQUITY MANAGEMENT GROUP, LLC; PRIVATE EQUITY MANAGEMENT GROUP, INC.; and DANNY PANG,<br><br>Defendants. | CASE NO. CV09-2901 PSG (EX)<br><br>NOTICE OF MOTION AND MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER, OR IN THE ALTERNATIVE TO MODIFY GRANT OF EXPEDITED DISCOVERY AND TO AMEND ORDER FREEZING ASSETS<br><br>[Hearing: TBD] |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 65, Defendant Danny Pang hereby moves the Court for an Order dissolving the Temporary Restraining Order, or in the alternative to modify grant of expedited discovery and to amend order freezing assets ("Motion to Dissolve").

As set forth in the accompanying memorandum of points and authorities, the Court lacks jurisdiction to hear this case and, therefore, to issue the Temporary Restraining Order and associated orders. Moreover, defendant is

1 suffering immediate and irreparable harm as a result of the Temporary Restraining
2 Order obtained Ex Parte, without compliance with Rule 65 of the Federal Rules of
3 Civil Procedure and contrary to well-established case law disfavoring secret
4 proceedings.

5     Pursuant to Federal Rule of Civil Procedure 65, Mr. Pang provided
6 the S.E.C. with the required two-day notice, and in light of the seriousness of the
7 issues, Mr. Pang respectfully requests that the Court hold an immediate hearing on
8 the Motion to Dissolve filed concurrently herewith.

9     This motion is based on the attached Memorandum of Points and
10 Authorities, the Motion to Dissolve (which is incorporated herein), and such other
11 evidence and arguments as may be presented at any hearing on this matter.

12 Dated: May 5, 2009    LATHAM & WATKINS LLP

15 By  /S/ David J. Schindler
    David J. Schindler
    Attorneys for Defendant
16     DANNY PANG