LATHAM & WATKINS LLP
  David J. Schindler (Bar No. 130490)
  *david.schindler@lw.com*
  Manuel A. Abascal (Bar No. 171301)
  *manny.abascal@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Defendant Danny Pang

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EQUITY MANAGEMENT GROUP, LLC; PRIVATE EQUITY MANAGEMENT GROUP, INC.; and DANNY PANG,<br><br>Defendants. | CASE NO. CV09-2901 PSG (EX)<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT DANNY PANG'S MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER, OR IN THE ALTERNATIVE TO MODIFY GRANT OF EXPEDITED DISCOVERY AND TO AMEND ORDER FREEZING ASSETS |

DC\1211737.1

Case Number: CV09-2901 PSG (Ex)

Defendant Danny Pang respectfully submits this Notice of Supplemental Authority in further support of Defendant Danny Pang's Motion To Dissolve Temporary Restraining Order, Or In the Alternative To Modify Grant Of Expedited Discovery And To Amend Order Freezing Assets.

Attached hereto as Exhibit A is the recent decision of the United States Court of Appeals for the Ninth Circuit in the case of *Solis v. Matheson*, 2009 U.S. App. LEXIS 8243 (9th Cir. April 20, 2009), in which the Ninth Circuit vacated the appointment of a receiver where no notice was given to the Defendants.

Dated: May 6, 2009

LATHAM & WATKINS LLP

By /s/ David J. Schindler
Attorneys for Defendant
Danny Pang