UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No.: | CV 09-2901-PSG-Ex | Date: | May 17, 2013 |
|---|---|---|---|
| Title: | Securities and Exchange Commission v. Private Equity Management Group, Inc. et al | | |

Present: The Honorable:   Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Reported | N/A |
|---|---|---|
| Relief Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                                Not Present

Proceedings (In Chambers):   **ORDER TO SHOW CAUSE HEARING**

Having been advised by the Attorney Admissions' Office regarding attorney Courtney O'Mara's failure to provide proof of admission, or apply for admission, the Court hereby schedules an Order to Show Cause hearing for **Monday, June 10, 2013 at 3pm.**

                                                                                      ----  :  ----
                                                                          Initials of Preparer       wkh