# **EXHIBIT A**

# PEMGROUP
## SUMMARY of ASSETS/SETTLEMENTS to be ASSIGNED

### REMAINING ASSETS:

| # | Asset | Description | OWNERSHIP |
|---|---|---|---|
| 1 | Frontier Oceano Acquisitions | Funded design of a luxury ship with 200 private permanent residences + 265 suites. Loan matured in 2013. | Standard Chartered (100%) (GVECR IV 2006 C) |
| 2 | Russian Angel Acquisition | Partnership interest in a Private Investment Fund with an interest in Pink Sheet company in oil & gas exploration & production services in Russia | EnTie Bank (44.9%) KGI (Cosmos) Bank (55.1%) (GVECR III A-4) |
| 2 | Russian Angel Acquisition | Russian Angel Note from Maurice Frosch. | EnTie Bank (44.9%) KGI (Cosmos) Bank (55.1%) (GVECR III A-4) |

### RECEIVABLES from SETTLEMENT of LITIGATION:

| # | Party | Description |
|---|---|---|
| 3 | Todd Gillespie | Monthly Interest Payments of $1,500 + $10,000 Principal each May |
| 4 | Nasar Aboubakare | $150,000 was due by December 31, 2014, it was not paid. |
| 5 | William Knudson | Contingent fee attorney in Las Vegas is retained. |

K:\1600FLDR\1625 PEM Group\[ASSETS TO BE TRANSFERED.xls]DETAIL     10/24/2016 10:39

**EXHIBIT "A"**