# **EXHIBIT B**

# PEMGROUP
## SUMMARY of RECOVERIES
(in thousands of dollars)

| # | Item | | | Total |
|---|---|---|---|---|
| 1 | **NET PROCEEDS from DISPOSITION of OTHER ASSETS & LITIGATION:** | | | |
| 2 | NOTES MATURED and ASSETS PAID-OFF | | | $43,599 |
| 3 | ASSETS SOLD at AUCTION | | | 44,746 |
| 4 | DANNY PANG'S PLEDGED ASSETS, SOLD at AUCTION | | | 539 |
| 5 | OTHER RECEIPTS, SALES and RECAPTURES | | | 49,025 |
| 6 | SALE of STOCKS | | | 13,112 |
| 7 | TOTAL NET PROCEEDS from DISPOSITONS | | | 151,021 |
| 8 | **LIFE INSURANCE POLICIES:** | | | |
| 9 | VALUE of POLICIES TRANSFERRED to the INVESTORS | | $129,318 | |
| 10 | MATURED, SOLD & OTHERWISE DISPOSED-OF | | 35,996 | |
| 11 | TOTAL LIFE INSURANCE-RELATED RECOVERIES | | | 165,314 |
| 12 | **LITIGATION & SETTLEMENTS** | | | 18,422 |
| 13 | **TOTAL INTEREST INCOME & OTHER** | | | 22,796 |
| 14 | **CASH RECOVERED at BEGINNING of the CASE** | | | 20,031 |
| 15 | **TOTAL RECOVERIES from DISPOSITION of ASSETS** | | | 377,584 |
| 16 | **CASH DISBURSEMENTS:** | | | |
| 17 | INSURANCE PREMIUMS | | 79,634 | |
| 18 | OPERATING COSTS to SUPPORT the ASSETS: | | | |
| 19 | REAL ESTATE | $9,232 | | |
| 20 | CORPORATE FINANCE | 4,519 | | |
| 21 | EURO RE RECOVERY COSTS | 3,538 | | |
| 22 | PAYMENTS on CLAIMS | 1,311 | | |
| 23 | OTHER | 1,273 | | |
| 24 | LOCK LORD BISSELL ETAL | 353 | | |
| 25 | TRUSTEE FEES | 20 | | |
| 26 | DANNY PANG PLEDGED ASSETS | 3 | | |
| 27 | CHINA | 3 | | |
|  | TOTAL OPERATING COSTS | | 20,253 | |
| 28 | PROFESSIONALS FEES & COSTS | | 20,982 | |
| 29 | HEADQUARTER'S EXPENSES | | 8,807 | |
| 30 | **TOTAL CASH DISBURSEMENTS** | | | 129,676 |
| 31 | **NET RECOVERY** | | | $247,908 |
| 32 | **NET AMOUNT INVESTED** | | | $797,880 |
| 33 | **PERCENTAGE of RECOVERY** | | | 31.1% |

**EXHIBIT "B"**