# **EXHIBIT D**

# PEMGROUP ADMINISTRATION
## SCHEDULE of PROFESSIONAL FEES
### (IN THOUSANDS of DOLLARS)

### MAY 1, 2009 to the END of the CASE

|   |   | (1) MAY 1, 2009 to MAY 31, 2016 | (2) JUNE 1, 2016 to SEP 30, 2016 | (3) OCT 1, 2016 to END of CASE | (4) MAY 1, 2009 to END of CASE |
|---|---|---|---|---|---|
| 1 | DLA PIPER | $10,997 | $10 | $0 | $11,007 |
| 2 | MOSIER & COMPANY | 5,289 | 72 | 75 | 5,436 |
| 3 | STEPTOE & JOHNSON | 1,445 | 0 | 0 | 1,445 |
| 4 | GRANT THORNTON | 369 | 0 | 0 | 369 |
| 5 | DELOITTE | 380 | 0 | 0 | 380 |
| 6 | COLLINS LAW FIRM | 298 | 0 | 0 | 298 |
| 7 | DENTONS | 55 | 181 | 60 | 296 |
| 8 | CROWE HORWATH | 292 | 0 | 0 | 292 |
| 9 | BAKER & McKENZIE | 197 | 0 | 0 | 197 |
| 10 | GIBSON, DUNN & CRUTCHER | 146 | 0 | 0 | 146 |
| 11 | INCOME TAX RELATED | 140 | 16 | 0 | 156 |
| 12 | KIRK RENSE, ESQ | 113 | 0 | 0 | 113 |
| 13 | OGIER | 78 | 0 | 0 | 78 |
| 14 | RECORD STORAGE, DESTRUCTION | 0 | 0 | 20 | 20 |
| 15 | OTHERS | 1,183 | 10 | 10 | 1,203 |
| 16 | TOTAL PROFESSIONAL FEES | $20,982 | $289 | $165 | $21,436 |
| 17 |   |   | $454 |   |   |

K:\1600FLDR\1625 PEM Group\[PROFESSIONAL FEES TO FINISH THE CASE.xls]HDQRS from 6-1-2016          10/24/2016 10:39

**EXHIBIT "D"**